

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00099-CV

| | |
|---|---|
| CONSTANTINO MEZA, PLUTARCO MEZA, DANIELA MEZA AND ALEJANDRA MEZA, Appellants | § On Appeal from the 342nd District Court |
| | § of Tarrant County (342-317204-20) |
| V. | |
| | § March 3, 2022 |
| THE CITY OF FORT WORTH, TEXAS, Appellee | § Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's dismissal order is affirmed.

It is further ordered that Appellants Constantino Meza, Plutarco Meza, Daniela Meza and Alejandra Meza must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr